UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE GUERRERO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT DILLEY,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV-F-05-0477 AWI LJO<br><br>**ORDER AFTER SETTLEMENT** |

　　　The office of plaintiff's counsel informed this Court that settlement was reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS plaintiff, no later than August 31, 2005, to file papers to dismiss this action in its entirety.

　　　**All court dates**, including the August 2, 2005 scheduling conference, and any other pending matters in this action are **VACATED**.

　　　Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 16-160 and 16-272.

　　　IT IS SO ORDERED.

**Dated:　July 27, 2005**　　　　　　　　　　／s/ Lawrence J. O'Neill
66h44d　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE